# ORIGINAL

FILED

'08 FEB 29 AM 10: 02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY____ CR ____DEPUTY

1 Kit M. Stetina (SBN 82,977)
2 Stephen Z. Vegh (SBN 174,713)
  STETINA BRUNDA GARRED & BRUCKER
3 75 Enterprise, Suite 250
  Aliso Viejo, CA 92656
4 Email: litigate@stetinalaw.com
5 Tel: (949) 855-1246
  Fax: (949) 855-6371
6

7 Attorneys for Plaintiff
  SPY OPTIC, INC.

8

9

10              IN THE UNITED STATES DISTRICT COURT

11         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  SPY OPTIC, INC., a California corporation, | Case No. 08 CV 0384 IEG RBB |
| 14        Plaintiff | **COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NOS.** |
| 15  vs. | |
| 16 | |
| 17  WEST COAST DEALS, INC., a California corporation doing business as WWW.HBSUNGLASSCOMPANY.COM; and DOES 1 through 5, inclusive | **1.    D534,573** |
| 18 | **2.    D557,731** |
| 19 | **3.    D557,730** |
| 20        Defendants | **DEMAND FOR JURY TRIAL** |
| 21 | |

22                          **COMPLAINT**

23        Plaintiff, Spy Optic, Inc., for its Complaint against West Coast Deals, Inc. dba

24  www.hbsunglasscompany.com states and alleges as follows:

25                            **PARTIES**

26        1.    Plaintiff, Spy Optic, Inc. (hereinafter "Spy Optic" or "Plaintiff") is a

27  corporation organized and existing under the laws of the state of California, and

28

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246, FACSIMILE: (949) 855-6371

1  having a principal place of business at 2070 Las Palmas Drive, Carlsbad, California

2  92009.

3      2.    Upon information and belief, Defendant West Coast Deals, Inc. is a

4  corporation organized and existing under the laws of the state of California doing

5  business as www.hbsunglasscompany.com (hereinafter "West Coast"), and having a

6  principal place of business at 6292 Turnberry Circle, Huntington Beach, California

7  92648 and/or 18685-A Main Street, Huntington Beach, California 92648.

8      3.    The true names and capacities of the Defendants named herein as DOES

9  1 through 5, whether individual, corporate, associate, or otherwise, are unknown to

10  Plaintiff, who therefore sues said Defendants by said fictitious names.  Plaintiff is

11  informed and believes, and thereon alleges, that each of the Defendants designated

12  herein as DOE is legally responsible for the events and happenings hereinafter

13  alleged and legally caused injury and damages proximately thereby to Plaintiff as

14  herein alleged.  Plaintiff will seek leave to amend the Complaint when the true names

15  and capacities of said DOE Defendants have been ascertained.  West Coast's and

16  DOES 1 through 10 are hereinafter collectively referred to as "Defendants."

17      4.    Plaintiff is informed and believes, and on that basis alleges, that each of

18  the Defendants participated in and is in some manner responsible for the acts

19  described in this Complaint and any damages resulting therefrom.

20      5.    Plaintiff is informed and believes, and on that basis alleges, that each of

21  the Defendants has acted in concert and participation with each other concerning each

22  of the claims in this Complaint.

23      6.    Plaintiff is informed and believes, and on that basis alleges, that each of

24  the Defendants were empowered to act as the agent, servant and/or employees of each

25  of the other Defendants, and that all the acts alleged to have been done by each of

26  them were authorized, approved, and/or ratified by each of the other Defendants.

## JURISDICTION AND VENUE

27

28      7.    This action, as hereinafter more fully appears, arises under the patent

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

1  laws of the United States of America (35 U.S.C. §§ 1 *et seq.*), and is for patent

2  infringement. Jurisdiction for all counts is based upon 28 U.S.C. 21§1331, 1338(a).

3      8.      Venue is proper under 28 U.S.C. §§1391(b) and (c) as Defendants reside

4  in this judicial district and have committed acts of infringement in this judicial

5  district.

6                    **<u>BACKGROUND OF THE CONTROVERSY</u>**

7      9.      Plaintiff is the owner of all right, title and interest in and to United States

8  Design Patent No. D534,573 entitled "Sunglass" (hereinafter "the '573 patent"). A

9  true and correct copy of the '573 patent is attached hereto as Exhibit 1. The '573

10 patent was duly and lawfully issued on January 2, 2007 and is presently valid and in

11 full effect.

12     10.     Plaintiff is the owner of all right, title and interest in and to United States

13 Design Patent No. D557,731 entitled "Sunglass" (hereinafter "the '731 patent"). A

14 true and correct copy of the '731 patent is attached hereto as Exhibit 2. The '731

15 patent was duly and lawfully issued on December 18, 2007 and is presently valid and

16 in full effect.

17     11.     Plaintiff is the owner of all right, title and interest in and to United States

18 Design Patent No. D557,730 entitled "Sunglass" (hereinafter "the '730 patent"). A

19 true and correct copy of the '730 patent is attached hereto as Exhibit 3. The '730

20 patent was duly and lawfully issued on December 18, 2007 and is presently valid and

21 in full effect. (The '573, '731 and '730 patents hereinafter collectively referred to as

22 the "patents-in-suit").

23     12.     Upon information and belief, Defendants have been and are infringing

24 the patents-in-suit within this district and elsewhere in the United States by making,

25 using, selling, importing, distributing and/or offering for sale products that infringe

26 the claims of the patents-in-suit.

27 ///

28 ///

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246, FACSIMILE: (949) 855-6371

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

## FIRST CLAIM FOR RELIEF

### (Patent Infringement of U.S. Patent No. D534,573)

13.    Plaintiff realleges and repeats the allegations of paragraphs 1-12 above.

14.    Plaintiff is the owner of all right, title and interest in and to United States Design Patent No. D534,573 entitled "Sunglass" (hereinafter "the '573 patent"). A true and correct copy of the '573 patent is attached hereto as Exhibit 1. The '573 patent was duly and lawfully issued on January 2, 2007 and is presently valid and in full effect.

15.    Upon information and belief, Defendants have been and are infringing the '573 patent within this district and elsewhere in the United States by making, using, selling, importing, distributing and/or offering for sale products that infringe the claims of the '573 patent.

16.    Upon information and belief, by the acts of patent infringement herein complained of, the Defendants have made substantial profits to which they are not equitably entitled.

17.    By reason of the aforementioned acts of the Defendants, the Plaintiff has suffered great detriment in a sum which exceeds this Court's jurisdictional amount, but which cannot be ascertained at this time.

18.    Upon information and belief, Defendants continue to infringe Plaintiff's '573 patent, and will continue to infringe Plaintiff's '573 patent, and will continue to infringe Plaintiff's patents-in-suit to Plaintiff's irreparable harm, unless enjoined by this Court.

19.    Upon information and belief, Defendants' were aware of the patents-in-suit and the past and continuing infringement of the '573 patent by Defendants are willful, entitling Plaintiff to enhanced damages.

## SECOND CLAIM FOR RELIEF

### (Patent Infringement of U.S. Patent No. D557,731)

20.    Plaintiff realleges and repeats the allegations of paragraphs 1-19 above.

21.   Plaintiff is the owner of all right, title and interest in and to United States Design Patent No. D557,731 entitled "Sunglass" (hereinafter "the '731 patent"). A true and correct copy of the '731 patent is attached hereto as Exhibit 2. The '731 patent was duly and lawfully issued on December 18, 2007 and is presently valid and in full effect.

22.   Upon information and belief, Defendants have been and are infringing the '731 patent within this district and elsewhere in the United States by making, using, selling, importing, distributing and/or offering for sale products that infringe the claims of the '731 patent.

23.   Upon information and belief, by the acts of patent infringement herein complained of, the Defendants have made substantial profits to which they are not equitably entitled.

24.   By reason of the aforementioned acts of the Defendants, the Plaintiff has suffered great detriment in a sum which exceeds this Court's jurisdictional amount, but which cannot be ascertained at this time.

25.   Upon information and belief, Defendants continue to infringe Plaintiff's '731 patent, and will continue to infringe Plaintiff's '731 patent, and will continue to infringe Plaintiff's patents-in-suit to Plaintiff's irreparable harm, unless enjoined by this Court.

26.   Upon information and belief, Defendants' were aware of the patents-in-suit and the past and continuing infringement of the '731 patent by Defendants are willful, entitling Plaintiff to enhanced damages.

### THIRD CLAIM FOR RELIEF

### (Patent Infringement of U.S. Patent No. D557,731)

27.   Plaintiff realleges and repeats the allegations of paragraphs 1-26 above.

28.   Plaintiff is the owner of all right, title and interest in and to United States Design Patent No. D557,730 entitled "Sunglass" (hereinafter "the '730 patent"). A true and correct copy of the '730 patent is attached hereto as Exhibit 3. The '730

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

1  patent was duly and lawfully issued on December 18, 2007 and is presently valid and
2  in full effect.

3       29.    Upon information and belief, Defendants have been and are infringing
4  the '730 patent within this district and elsewhere in the United States by making,
5  using, selling, importing, distributing and/or offering for sale products that infringe
6  the claims of the '730 patent.

7       30.    Upon information and belief, by the acts of patent infringement herein
8  complained of, the Defendants have made substantial profits to which they are not
9  equitably entitled.

10      31.    By reason of the aforementioned acts of the Defendants, the Plaintiff has
11 suffered great detriment in a sum which exceeds this Court's jurisdictional amount,
12 but which cannot be ascertained at this time.

13      32.    Upon information and belief, Defendants continue to infringe Plaintiff's
14 '730 patent, and will continue to infringe Plaintiff's '730 patent, and will continue to
15 infringe Plaintiff's patents-in-suit to Plaintiff's irreparable harm, unless enjoined by
16 this Court.

17      33.    Upon information and belief, Defendants' were aware of the patents-in-
18 suit and the past and continuing infringement of the '730 patent by Defendants are
19 willful, entitling Plaintiff to enhanced damages.

## PRAYER FOR RELIEF

21      WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:

22      A.    A judgment that Defendants have infringed the patents-in-suit.

23      B.    A judgment that Defendants' infringement of the patents-in-suit have
24            been willful.

25      C.    A preliminary and permanent injunction, pursuant to 35 U.S.C. §283,
26            enjoining Defendants, and all persons in active concert or participation
27            with them, from any further acts of infringement of the patents-in-suit.

28      D.    An order, pursuant to 35 U.S.C.  21284, awarding Plaintiff damages

adequate to compensate Plaintiff for Defendants' infringement of the patents-in-suit, in an amount to be determined at trial, but in no event less than a reasonable royalty.

E.  An order, pursuant to 35 U.S.C. §284, trebling all damages awarded to Plaintiff based on Defendants' willful infringement of the patents-in-suit.

F.  An order, pursuant to 35 U.S.C. §285, finding that this is an exceptional case and awarding to Plaintiff its reasonable attorneys' fees incurred in this action.

G.  That Plaintiff have such other and further relief that the court may deem just and proper.

Dated: February 28, 2008          STETINA BRUNDA GARRED & BRUCKER

By: _____

Kit M. Stetina
Attorneys for Plaintiff
SPY OPTIC, INC.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

## **DEMAND FOR JURY TRIAL**

Plaintiff, Spy Optic, Inc., hereby demands a jury trial in this action.


Dated:  February 28, 2008                STETINA BRUNDA GARRED & BRUCKER


By: _____

        Kit M. Stetina
        Attorneys for Plaintiff
        SPY OPTIC, INC.


T:\Client Documents\SPYNO\321l\Complaint.doc

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

**Exhibit 1**



US00D534573S

(12) **United States Design Patent**       (10) Patent No.:       **US D534,573 S**

Mage                                         (45) Date of Patent:    **     Jan. 2, 2007**

(54) **SUNGLASS**

(75) Inventor:  **Jerome J. M. Mage**, Beverly Hills, CA (US)

(73) Assignee:  **Spy Optics, Inc.**, Carlsbad, CA (US)

(**) Term:  **14 Years**

(21) Appl. No.: **29/234,271**

(22) Filed:  **Jul. 15, 2005**

(51) LOC (8) Cl. ..................................... 16-06
(52) U.S. Cl. ..................................... D16/326; D16/335
(58) Field of Classification Search ........ D16/300–330,
D16/101, 332–338; D29/109–110; D24/110.2;
351/41, 44, 51–52, 62, 158, 92, 103–111,
351/130, 61, 114–119, 121–123; 2/426–432,
2/447–449, 441, 434–437
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D213,595 | S | * | 3/1969 | Simon ..................... D16/326 |
| D220,291 | S | * | 3/1971 | Simon ..................... D16/320 |
| D410,022 | S | * | 5/1999 | Conway .................... D16/327 |
| D420,035 | S | * | 2/2000 | Hartman ................... D16/325 |
| D434,789 | S | * | 12/2000 | Lane ..................... D16/337 |
| D456,038 | S | * | 4/2002 | Arnette .................. D16/326 |
| D488,499 | S | * | 4/2004 | Mage ..................... D16/326 |
| D500,781 | S | * | 1/2005 | Mage ..................... D16/335 |

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Stetina Brunda Garred & Brucker

(57)       **CLAIM**

The ornamental design for a sunglass, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of the sunglass of the present invention showing my new design with the broken lines forming no part of the claimed design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is left side elevational view thereof with the broken lines forming no part of the claimed design;
FIG. 4 is rear plan view thereof;
FIG. 5 is a top plan view thereof; and,
FIG. 6 is bottom plan view thereof.

**1 Claim, 2 Drawing Sheets**




**Exhibit 1 Page 1 of 3**



Fig. 1

Fig. 2

Fig. 3

Fig. 4

**Exhibit 1 Page 2 of 3**

**U.S. Patent**      Jan. 2, 2007      Sheet 2 of 2      US D534,573 S



Fig. 6

Fig. 5

**Exhibit 1 Page 3 of 3**



US00D557731S

(12) **United States Design Patent**      (10) Patent No.:      US D557,731 S
Mage                                       (45) Date of Patent:   ** Dec. 18, 2007

(54) **SUNGLASS**

(75) Inventor: **Jerome J. M. Mage**, Beverly Hills, CA (US)

(73) Assignee: **Spy Optic, Inc.**, Carlsbad, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/267,928**

(22) Filed: **Oct. 25, 2006**

(51) LOC (8) Cl. ................................................. **16-06**
(52) U.S. Cl. ..................................... **D16/326; D16/335**
(58) **Field of Classification Search** ....... D16/300–330,
D16/101, 332–338; D29/109–110; D24/110.2;
351/41, 44, 51–52, 62, 158, 92, 103–111,
351/156, 61, 114–119, 121–123; 2/426–432,
2/447–449, 441, 434–437
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,689,136 A | * | 9/1972 | Atamian .................... 351/44 |
| D397,351 S | * | 8/1998 | Simioni .................... D16/326 |
| D420,035 S | * | 2/2000 | Hartman ................... D16/325 |
| D425,103 S | * | 5/2000 | Yee et al. ................. D16/326 |

| | | | |
|---|---|---|---|
| D488,499 S | * | 4/2004 | Mage ....................... D16/326 |
| D500,781 S | * | 1/2005 | Mage ....................... D16/326 |
| D532,033 S | * | 11/2006 | Mangum ................... D16/323 |
| D534,573 S | * | 1/2007 | Mage ....................... D16/335 |
| D539,830 S | * | 4/2007 | Saderholm et al. ......... D16/326 |

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Stetina Brunda Garred & Brucker

(57)                **CLAIM**

The ornamental design for a sunglass, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the sunglass of the present invention showing my new design;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a side elevational view thereof;

FIG. **4** is a rear elevational view thereof;

FIG. **5** is a top plan view thereof; and,

FIG. **6** is a bottom plan view thereof.

**1 Claim, 2 Drawing Sheets**



**Exhibit 2 Page 1 of 3**

**U.S. Patent**　　Dec. 18, 2007　　Sheet 1 of 2　　　US D557,731 S



*Fig. 1*

*Fig. 2*

*Fig. 3*

*Fig. 4*

Exhibit 2 Page 2 of 3



Fig. 6

Fig. 5

Exhibit 2 Page 3 of 3

**Exhibit 3**



US00D557730S

(12) **United States Design Patent**     (10) Patent No.:     **US D557,730 S**
Mage                                      (45) Date of Patent:    **       Dec. 18, 2007**

(54) **SUNGLASS**

(75) Inventor:  **Jerome J. M. Mage**, Beverly Hills, CA (US)

(73) Assignee: **Spy Optic, Inc.**, Carlsbad, CA (US)

(**) Term:  **14 Years**

(21) Appl. No.: **29/267,913**

(22) Filed:  **Oct. 25, 2006**

(51) LOC (8) Cl.  ................................................. **16-06**
(52) U.S. Cl.  .................................... **D16/326; D16/335**
(58) **Field of Classification Search** ....... D16/300–330,
D16/101, 332–338; D29/109–110; D24/110.2;
351/41, 44, 51–52, 62, 158, 92, 103–111,
351/156, 61, 114–119, 121–123; 2/426–432,
2/447–449, 441, 434–437
See application file for complete search history.

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,689,136 A | * | 9/1972 | Atamian .................... 351/44 |
| D397,351 S | * | 8/1998 | Simioni .................... D16/326 |
| D420,035 S | * | 2/2000 | Hartman .................... D16/325 |
| D425,103 S | * | 5/2000 | Yee et al. .................. D16/326 |

| | | | |
|---|---|---|---|
| D488,499 S | * | 4/2004 | Mage .................... D16/326 |
| D500,781 S | * | 1/2005 | Mage .................... D16/326 |
| D532,033 S | * | 11/2006 | Mangum .................... D16/323 |
| D534,573 S | * | 1/2007 | Mage .................... D16/335 |
| D539,830 S | * | 4/2007 | Saderholm et al. ........ D16/326 |

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Stentina Brunda Garred & Brucker

(57)         **CLAIM**

The ornamental design for a sunglass, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of the sunglass of the present invention showing my new design;

FIG. 2 is a front elevational view thereof;

FIG. 3 is a side elevational view thereof;

FIG. 4 is a rear elevational view thereof;

FIG. 5 is a top plan view thereof; and,

FIG. 6 is a bottom plan view thereof.

**1 Claim, 2 Drawing Sheets**



**Exhibit 3 Page 1 of 3**

**U.S. Patent**    Dec. 18, 2007    Sheet 1 of 2    US D557,730 S



*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 4*

**Exhibit 3 Page 2 of 3**



*Fig. 6*

*Fig. 5*

**Exhibit 3 Page 3 of 3**

Exhibit 4

Wholesale Designer Sunglasses for Less

**HB Sunglasses - Wholesale Sunglasses To The Public - No Minimum Order Required - Designer Styles At Great Prices**



# FREE GROUND SHIPPING
## on all orders over $200

View Your Shopping Cart

search

| → | HOME | → | ABOUT US | → | ORDERING / SHIPPING | → | CUSTOMER SERVICE | → | FREQUENT QUESTIONS |

**GREAT SELECTION, EXCELLENT QUALITY, UNBEATABLE PRICES, 100% CUSTOMER SATISFACTION GUARANTEED**

Edit My Account

- **New Arrivals**

- **HBSC Deals**

- **Top Sellers**

- **Vintage/Oversized**

- **Shop by Brand**
  - Triple Crown
  - Insignia
  - DG Sunglasses
  - XLoop
  - Locs

- **Women's**
  - Aviator
  - Metal
  - Plastic
  - Polarized
  - Premium
  - Rhinestones

- **Men's**
  - Aviator
  - Metal
  - Plastic
  - Polarized
  - Premium

- **Kid's**

- **Accessories**

- **Fashion Accessories**
  - Head Wear
  - Hair Clips
  - Headbands
  - Head Scarves
  - Jewelry

- **Package Deals**

Search Results for Keyword(s): **HBL9018**  (matching all words)
Search found **3** matching products.



Click For Details
**HBL9018**
Price:$25.00



Click For Details
**HBL9018**
Price:$25.00

Click Fur Details
**HBL9018**
Price:$25.00

**Exhibit 4 Page 1 of 2**



Exhibit 5

**HB Sunglasses - Wholesale Sunglasses To The Public - No Minimum Order Required - Designer Styles At Great Prices**



FREE GROUND SHIPPING
on all orders over $200

View Your Shopping Cart

search

| → | HOME | → | ABOUT US | → | ORDERING / SHIPPING | → | CUSTOMER SERVICE | → | FREQUENT QUESTIONS |

**GREAT SELECTION, EXCELLENT QUALITY, UNBEATABLE PRICES, 100% CUSTOMER SATISFACTION GUARANTEED**

Edit My Account

+ **New Arrivals**

+ **HBSC Deals**

+ **Top Sellers**

+ **Vintage/Oversized**

+ **Shop by Brand**
▸ Triple Crown
▸ Insignia
▸ DG Sunglasses
▸ XLoop
▸ Locs

+ **Women's**
▸ Aviator
▸ Metal
▸ Plastic
▸ Polarized
▸ Premium
▸ Rhinestones

+ **Men's**
▸ Aviator
▸ Metal
▸ Plastic
▸ Polarized
▸ Premium

+ **Kid's**

+ **Accessories**

+ **Fashion Accessories**
▸ Head Wear
▸ Hair Clips
▸ Headbands
▸ Head Scarves
▸ Jewelry

+ **Package Deals**



Click for larger image

HBL8224

One Dozen Assorted

Price:     $20.00

Quantity:            Add to Cart

**Exhibit 5 Page 1 of 2**



**Exhibit 6**

HB Sunglasses - Wholesale Sunglasses To The Public - No Minimum Order Required - Designer Styles At Great Prices

 **FREE GROUND SHIPPING** on all orders over $200

View Your Shopping Cart

[ search ]

| → | HOME | → | ABOUT US | → | ORDERING / SHIPPING | → | CUSTOMER SERVICE | → | FREQUENT QUESTIONS |

**GREAT SELECTION, EXCELLENT QUALITY, UNBEATABLE PRICES, 100% CUSTOMER SATISFACTION GUARANTEED**

Edit My Account

⊞ New Arrivals

⊞ HBSC Deals

⊞ Top Sellers

⊞ Vintage/Oversized

⊞ Shop by Brand
▸ Triple Crown
▸ Insignia
▸ DG Sunglasses
▸ XLoop
▸ Locs

⊞ Women's
▸ Aviator
▸ Metal
▸ Plastic
▸ Polarized
▸ Premium
▸ Rhinestones

⊞ Men's
▸ Aviator
▸ Metal
▸ Plastic
▸ Polarized
▸ Premium

⊞ Kid's

⊞ Accessories

⊞ Fashion Accessories
▸ Head Wear
▸ Hair Clips
▸ Headbands
▸ Head Scarves
▸ Jewelry

⊞ Package Deals

Search Results for Keyword(s): **HB8225**  (matching all words)
Search found **2** matching products.



Click For Details
**HB8225**
Price:$20.00

Click For Details
**HB8225**
Price:$20.00

**Exhibit 6 Page 1 of 2**



**Exhibit 6 Page 2 of 2**

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 148214     — BH

February 29, 2008
10:00:58

**Civ Fil Non-Pris**
USAO #.: 08CV0384 CIVIL FILING
Judge..: IRMA E GONZALEZ
Amount.:
Check#.: BC# 0063873                    $350.00 CK


Total—>    $350.00


FROM: SPY OPTIC V. WEST COAST DEALS
      CIVIL FILING

# ORIGINAL

**CIVIL COVER SHEET**

JS 44 (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

SPY OPTIC, INC., a California corporation

## DEFENDANTS

WEST COAST DEALS, INC., a California corporation doing business as www.hbsunglasscompany.com; DOES 1 - 5

**(b)** County of Residence of First Listed Plaintiff   San Diego

(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Kit M. Stetina - Stetina Brunda Garred & Brucker, 75 Enterprise, Ste. 250, Aliso Viejo, CA 92656 949/855-1246

Attorneys (If Known)

'08 CV 0384 IEG RBB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Patent Infringement 35 U.S.C. §§ 1, et seq.

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ proof at trial

CHECK YES only if demanded in complaint:

JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE JLS and BEN, respectively

DOCKET NUMBER 07cv1160 (JLS) and 07cv1909 (BEN)

DATE 2/28/08

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # 148214   AMOUNT $350   2/29/08   APPLYING IFP   JUDGE   MAG. JUDGE

LR