Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED FEB 29 AM 10: 17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP DEPUTY

SPY OPTIC, INC., a California corporation

vs

WEST COAST DEALS, INC., a California corporation doing business as WWW.HBSUNGLASSCOMPANY.COM; and DOES 1 through 5, inclusive

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0384 IEG RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kit M. Stetina
Stephen Z. Vegh
Stetina Brunda Garred & Brucker
75 Enterprise, Suite 250
Aliso Viejo, CA 92656        (949) 855-1246        litigate@stetinalaw.com

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    2/29/08
CLERK                                      DATE

By C. PLETTMANN, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)