Amy T. Le — In Pro Per
6292 Turnberry
Huntington Beach, CA 92683
Telephone: 714-425-2130

Defendant in Pro Per

FILED
NUNC PRO TUNC 08 APR 22 AM 8:46
APR 1 4 2008
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Spy Optic, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08 CV 0384 IEG RBB |
| v. ) | |
| ) | |
| West Coast Deals, Inc., a California ) | Date Action Filed: April 14, 2008 |
| Corporation doing business as ) | Trial Date: None set |
| www.hbsunglasscompany.com ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT AND PROPOSED ORDER THEREON**

IT IS HEREBY STIPULATED between the parties that Defendant West Coast Deals, Inc., shall have an extension of time up to and including April 27, 2008 to file an Answer to Plaintiff's Complaint for the following good cause reasons:

1. The Complaint was filed in this action on February 29, 2008.

2. The Complaint was served on Defendant on March 24, 2008.

3. Defendant is actively seeking counsel.

4. Plaintiff and Defendant are in settlement discussions.

ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT
AND COUNTERCLAIM FOR INFRINGEMENT OF US PAT. NO. 4,801,587 (571611)

1

5. On April 11, Plaintiff's counsel gave verbal agreement to a 14-day extension to file an Answer.

Dated: 4/14/08

Respectfully submitted,

By *Amy Le*

AMY T. LE
IN PRO PER

ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT
AND COUNTERCLAIM FOR INFRINGEMENT OF US PAT. NO. 4,801,587 (571611)

2

## ORDER

Based upon the Stipulation of the parties and the reasons and agreements set forth therein, IT IS HEREBY ORDERED that Defendant West Coast Deals shall have up to and including April 27, 2008 to file it's Answer or otherwise respond to the Complaint.

Dated: 4/20/08

By: /s/ Anna E. Gonzalez
Judge of the United States District Court

ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT
AND COUNTERCLAIM FOR INFRINGEMENT OF US PAT. NO. 4,801,587 (571611)

3