ORIGINAL

1 | OSWALD & YAP LLP
Michael A. Oswald, Esq. (SBN 87299)
2 | Jay Y. Chiu, Esq. (SBN 235728)
16148 Sand Canyon Avenue
3 | Irvine, California  92618
Telephone: (949) 788-8900
4 | Telecopier: (949) 788-8980
email: mao@oswald-yap.com
5 |
6 | Attorneys for Defendant/Counterclaimant
WEST COAST DEALS, INC.

FILED
08 APR 28 PM 1:45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPY OPTIC, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WEST COAST DEALS, INC., a California corporation, dba WWW.HBSUNGLASSCOMPANY.COM; and DOES 1 through 5, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 08-cv-0384-IEG- RBB<br><br>Judge Irma E. Gonzalez<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST [PURSUANT TO LOCAL RULE 40.2]** |
| WEST COAST DEALS, INC., a California corporation, dba WWW.HBSUNGLASSCOMPANY.COM,<br><br>　　　　　　Counterclaimant,<br><br>v.<br><br>SPY OPTIC, INC., a California corporation, and ROES 1 through 5, inclusive,<br><br>　　　　　　Counterdefendants. | |

1

Pursuant to the Local Rule 40.2, the undersigned, counsel of record for Defendant and Counterclaimant, WEST COAST DEALS, INC. ("West Coast"), hereby certifies that West Coast has no parent corporation nor is there any publicly held company that owns 10% or more of West Coast's stock.

OSWALD & YAP LLP

Date: April 25, 2008            By: _____
                                MICHAEL A. OSWALD
                                JAY Y. CHIU
                                Attorneys for
                                Defendant/Counterclaimant, WEST
                                COAST DEALS, INC.

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is that of 16148 Sand Canyon Avenue, Irvine, CA 92618.

On April 25, 2008, at Oswald & Yap, 16148 Sand Canyon Avenue, Irvine, CA 92618, following ordinary business practices, I served a true and correct copy of the foregoing document entitled: ***NOTICE OF PARTY WITH FINANCIAL INTEREST [PURSUANT TO LOCAL RULE 40.2]*** on interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Kit M. Stetina, Esq.<br>Stephen Z. Vegh, Esq.<br>STETINA BRUNDA GARRED & BRUCKER<br>75 Enterprise, Suite 250<br>Aliso Viejo, CA 92656<br>email: litigate@stetinalaw.com<br>(949) 855-1246<br>FAX (949) 855-6371 | Attorneys for Plaintiff,<br>Spy Optic, Inc. |

( )  **BY MAIL:** I am readily familiar with Oswald & Yap's, business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Irvine, California.

( )  **BY PERSONAL SERVICE:** I caused the foregoing document(s) to be delivered by hand to the above address(es).

(X)  **BY OVERNIGHT COURIER:** I caused the foregoing document to be delivered to an overnight courier service (Federal Express) for delivery to the above address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 25, 2008, at Irvine, California.

Patricia Tonti-Mace

ORIGINAL

| | |
|---|---|
| 1  OSWALD & YAP LLP<br>   Michael A. Oswald, Esq. (SBN 87299)<br>2  Jay Y. Chiu, Esq. (SBN 235728)<br>   16148 Sand Canyon Avenue<br>3  Irvine, California  92618<br>   Telephone:  (949) 788-8900<br>4  Telecopier:  (949) 788-8980<br>   email:  mao@oswald-yap.com | FILED<br>08 APR 28 PM 1:45<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY: _____ DEPUTY |

Attorneys for Defendant/Counterclaimant
WEST COAST DEALS, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPY OPTIC, INC., a California corporation,<br><br>              Plaintiff,<br><br>v.<br><br>WEST COAST DEALS, INC., a California corporation, dba WWW.HBSUNGLASSCOMPANY.COM; and DOES 1 through 5, inclusive,<br><br>              Defendants. | CASE NO. 08-cv-0384-IEG-RBB<br><br>Judge Irma E. Gonzalez<br><br>**NOTICE OF RELATED CASE** |
| WEST COAST DEALS, INC., a California corporation, dba WWW.HBSUNGLASSCOMPANY.COM,<br><br>              Counterclaimants,<br><br>v.<br><br>SPY OPTIC, INC., a California corporation,<br><br>              Counterdefendant. | |

1

1     The undersigned counsel of record for Defendant and Counterclaimant, WEST COAST DEALS, INC., is not aware of any pending action or proceeding on file or about to be filed that is related to the instant action.

**OSWALD & YAP LLP**

Date: April 25, 2008        By: _____
MICHAEL A. OSWALD
JAY Y. CHIU
Attorneys for
Defendant/Counterclaimant, WEST COAST DEALS, INC.

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is that of 16148 Sand Canyon Avenue, Irvine, CA 92618.

On April 25, 2008, at Oswald & Yap, 16148 Sand Canyon Avenue, Irvine, CA 92618, following ordinary business practices, I served a true and correct copy of the foregoing document entitled: **NOTICE OF RELATED CASE** on interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Kit M. Stetina, Esq.<br>Stephen Z. Vegh, Esq.<br>STETINA BRUNDA GARRED &<br>BRUCKER<br>75 Enterprise, Suite 250<br>Aliso Viejo, CA 92656<br>email: litigate@stetinalaw.com<br>(949) 855-1246<br>FAX (949) 855-6371 | Attorneys for Plaintiff,<br>Spy Optic, Inc. |

( )  **BY MAIL:** I am readily familiar with Oswald & Yap's, business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Irvine, California.

( )  **BY PERSONAL SERVICE:** I caused the foregoing document(s) to be delivered by hand to the above address(es).

(X) **BY OVERNIGHT COURIER:** I caused the foregoing document to be delivered to an overnight courier service (Federal Express) for delivery to the above address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 25, 2008, at Irvine, California.

_____
Patricia Tonti-Mace