Kit M. Stetina (SBN 82,977)
Stephen Z. Vegh (SBN 174,713)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371

Attorneys for Plaintiff
SPY OPTIC, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPY OPTIC, INC., a California corporation, <br><br> Plaintiff <br><br> vs. <br><br> WEST COAST DEALS, INC., a California corporation doing business as WWW.HBSUNGLASSCOMPANY.COM; and DOES 1 through 5, inclusive <br><br> Defendants | Case No. 08CV0384 IEG RBB <br><br> **REPLY OF PLAINTIFF SPY OPTIC, INC. TO COUNTERCLAIMS OF WEST COAST DEALS, INC.** |
| WEST COAST DEALS, INC., a California corporation doing business as WWW.HBSUNGLASSCOMPANY.COM, <br><br> Counterclaimant <br><br> vs. <br><br> SPY OPTIC, INC., a California corporation, and ROES 1 through 5, inclusive, <br><br> Counterdefendants | |

Case No. 08CV0384 IEG RBB                                    1
REPLY TO COUNTERCLAIMS

# COUNTERCLAIMS

Plaintiff and Counterdefendant Spy Optic, Inc. ("Spy") hereby responds to Defendant and Counterclaimant West Coast Deals, Inc. dba www.hbsunglasscompany.com's Counterclaims as follows:

## JURISDICTION

1. Replying to paragraph 1 of the Counterclaims, Spy admits that jurisdiction is proper for the stated Counterclaims.

## THE PARTIES

2. Replying to paragraph 2 of the Counterclaims, Spy admits upon information and belief that Counterclaimant is a California corporation with its principal place of business in Huntington Beach, California. Spy further admits that Counterclaimant sells sunglasses on its internet website.

3. Replying to paragraph 3 of the Counterclaims, Spy admits the allegations contained therein.

## FIRST COUNTERCLAIM

### (Declaratory Relief)

4. Replying to paragraph 4 of the Counterclaims, Spy realleges and adopts for reference herein its answers to paragraphs 1-3 of the Counterclaims as though fully set forth herein.

5. Replying to paragraph 5 of the Counterclaims, Spy admits the allegations contained therein.

6. Replying to paragraph 6 of the Counterclaims, Spy admits that there is an actual and continuing justiciable controversy between the parties regarding the alleged infringement of the asserted patents. Spy further admits that Counterclaimant contends that it has not infringed the patents-in-suit.

7. Replying to paragraph 7 of the Counterclaims, Spy admits that there is an actual and continuing justiciable controversy between the parties regarding the alleged invalidity of the asserted patents. Spy further admits the remaining

allegations contained therein.

8. Replying to paragraph 8 of the Counterclaims, Spy admits that Counterclaimant desires a judicial determination of the issues alleged in paragraphs 8(a)-(f). Spy denies the truth and accuracy of each and every one of the charging allegations asserted in paragraphs (a)-(f) regarding the non-infringement, lack of enforceability, and invalidity of the asserted patents under the provisions of U.S.C. Title 35.

9. Replying to paragraph 9 of the Counterclaims, Spy admits that a judicial declaration is necessary and appropriate regarding the rights and duties of the parties concerning the asserted patents.

## PRAYER FOR RELIEF

WHEREFORE, Spy Optic, Inc. judgment as follows on Defendant's Counterclaims:

A. That Defendant takes no relief sought by reason of its counterclaims.

B. That this Court award Spy Optic, Inc. its attorneys' fees and costs of suit against Defendant on Defendant's Counterclaims.

C. That this Court award Spy Optic, Inc. all other relief that the Court deems just and proper.

Dated: May 15, 2008              STETINA BRUNDA GARRED & BRUCKER


                                 By: s/Stephen Z. Vegh
                                     Kit M. Stetina
                                     Stephen Z. Vegh
                                     Attorneys for Plaintiff
                                     SPY OPTIC, INC.

T:\client Documents\spyno\321l\Reply.Counterclaims.doc

3

REPLY TO COUNTERCLAIMS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on <u>May 15, 2008</u>, a true and correct copy of the foregoing was served via electronic mail upon all counsel.

s/Stephen Z. Vegh