1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPY OPTIC, INC., a California corporation,<br><br>          Plaintiff,<br><br>v.<br><br>WEST COAST DEALS, INC., a California corporation, dba WWW.HBSUNGLASSCOMPANY.COM; and DOES 1 through 5, inclusive,<br><br>          Defendants.<br>_____<br>WEST COAST DEALS, INC., a California corporation, dba WWW.HBSUNGLASSCOMPANY.COM,<br><br>          Counterclaimant,<br><br>v.<br><br>SPY OPTICS, INC., a California corporation, and ROES 1 through 5, inclusive,<br><br>          Counterdefendants.<br>_____ | Civil No. 08CV0384 IEG(RBB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

1     On June 6, 2008, the Court held an early neutral evaluation
2 conference in the above-entitled action.  Settlement could not be
3 reached in the case.
4     The Court discussed compliance with rule 26 of the Federal
5 Rules of Civil Procedure and issues the following orders:
6     1.  No objections were presented to initial disclosure under
7 Federal Rule of Civil Procedure, rule 26(a)(1)(A-D).  The parties
8 are ordered to proceed with the initial disclosure process.  Any
9 objections to initial disclosure will be resolved as required by
10 rule 26.
11     2.  The rule 26(f) conference shall be completed on or before
12 June 30, 2008.
13     3.  No discovery plan is required.
14     4.  The initial disclosures pursuant to rule 26(a)(1)(A-D)
15 shall occur on or before July 14, 2008.
16     5.  A telephonic, attorneys-only settlement conference is set
17 for July 18, 2008, at 8:00 a.m.  Counsel for Plaintiff is to
18 initiate the call.
19     Plaintiff's(s') counsel shall serve a copy of this order on
20 all parties that enter this case after the date of this order.
21     Failure of any counsel or party to comply with this order may
22 result in sanctions.
23     IT IS SO ORDERED.
24
25 DATED:  June 6, 2008          _____
26                               Ruben B. Brooks
                                  United States Magistrate Judge
27 cc:
   Judge Gonzalez
28 All Parties of Record