**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SPY OPTICS, INC. v. WEST COAST DEALS  Case No. 08cv0384 IEG(RBB)
**Time Spent: 1 hr.**

HON. RUBEN B. BROOKS   CT. DEPUTY VICKY LEE   Rptr.

Attorneys

| Plaintiffs | Defendants |
| --- | --- |
| Kit Stetina (present) | Jay Chiu (present) |
| Steven Hanagami (present) | |

PROCEEDINGS:   x  In Chambers   ___  In Court   ___  Telephonic

An early neutral evaluation conference and case management conference were held.

A telephonic, attorneys-only settlement conference is set for July 18, 2008, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.

DATE: June 6, 2008   IT IS SO ORDERED:   _Ruben Brooks_
Ruben B. Brooks,
U.S. Magistrate Judge

cc:  Judge Gonzalez   INITIALS: VL (mg/irc) Deputy
     All Parties of Record