### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

SPY OPTICS, INC. v. WEST COAST DEALS                Case No. 08cv0384 IEG(RBB)
                                                   **Time Spent:  8 mins.**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

                               Attorneys
         Plaintiffs                          Defendants

Kit Stetina (present)                   Jay Chiu
                                        Steven Hanagami (present)

PROCEEDINGS:     ___ In Chambers      ___ In Court     _x_ Telephonic

A telephonic settlement conference was held.

A telephonic, attorneys-only settlement conference is set for September 18, 2008, at 8:30 a.m.

Counsel for Plaintiff is to initiate the call.

DATE: July 18, 2008        IT IS SO ORDERED:   *Ruben Brooks*
                                               Ruben B. Brooks,
                                               U.S. Magistrate Judge
cc: Judge Gonzalez                             INITIALS: VL (mg/irc) Deputy
    All Parties of Record