1
2
3
4
5
6
7
8
9          IN THE UNITED STATES DISTRICT COURT
10        FOR THE SOUTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| SPY OPTIC, INC., a California corporation, | Case No. 08CV0384 IEG RBB |
|     Plaintiff | **ORDER GRANTING FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT, WEST COAST DEALS, INC. DBA WWW.HBSUNGLASSCOMPANY.COM** |
| vs. | |
| WEST COAST DEALS, INC., a California corporation doing business as WWW.HBSUNGLASSCOMPANY.COM; and DOES 1 through 5, inclusive | |
|     Defendants | |
| AND RELATED COUNTERCLAIMS | |

This case having come on before this Court upon the pleadings, and it being represented to the court that Plaintiff Spy Optic, Inc. ("SPY") and Defendant West Coast Deals, Inc. dba www.hbsunglasscompany.com ("WEST COAST") have settled their differences with respect to the matters in dispute by a Settlement Agreement. Upon consent by joint motion of SPY and its attorneys, and WEST COAST and its attorneys, and good cause having been shown:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED:

1. This Court has jurisdiction over these parties and the subject matter herein.

2. Venue is proper in this judicial district.

3. Plaintiff, SPY is a California corporation having its principal place of business located at 2070 Las Palmas Drive, Carlsbad, California 92009.

4. Defendant, WEST COAST, is a California corporation having its principal place of business at 18685-A Main Street, Huntington Beach, California 92648.

5. WEST COAST acknowledges that Plaintiff SPY's U.S. Design Patent Nos. D534,573, D557,731, and D557,730 (hereinafter "the SPY PATENTS") issued on January 2, 2007, December 18, 2007, and December 18, 2007 respectively, describing and claiming the design entitled "Sunglass" are valid and enforceable and have been non-willfully infringed by WEST COAST and WEST COAST agrees it does not contest the validity and/or the enforceability of said SPY PATENTS.

6. WEST COAST agrees that it shall not infringe, in the future, any of the said SPY PATENTS and that it shall not knowingly aid, or abet, or contribute to, any other third parties infringing the said SPY PATENTS.

7. WEST COAST, its officers, directors, principals, agents, servants, employees, successors, assigns, and all those in active concert or participation with them who receive actual knowledge of this judgment by personal service or otherwise, are hereby permanently enjoined and restrained from making, importing, using, or selling any sunglass products that infringe the said SPY PATENTS during their term without license or other authority from SPY and from offering or advertising to do so and from knowingly aiding or abetting in any way or inducing or contributing to the infringement of said SPY PATENTS.

2

CONSENT JUDGMENT

8.   All claims and counterclaims of SPY and WEST COAST alleged in this action are dismissed with prejudice with both parties bearing their own costs and attorneys fees.   Jurisdiction is retained by this Court for the purpose of insuring compliance with the terms hereof, and enabling the parties to apply to this court for further orders.

IT IS HEREBY ORDERED.

Dated:  December 13, 2008

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

CONSENT JUDGMENT